IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | | | |
|---|---|---|---|---|
| IN RE: | Audrey M. Cabie | § § | Case Number: | 11-43312-EDJ-13 |
| | Debtor(s) | § | Chapter: | 13 |

**REQUEST FOR NOTICE UNDER BANKRUPTCY RULE 2002**

PLEASE TAKE NOTICE THAT JP Morgan Chase Bank, National Association hereby gives notice as follows: Pursuant to 11 U.S.C. §342(f)(1), Ascension Capital Group, Inc. hereby requests that:

(i) all notices given or required to be given in the case; and
(ii) all pleadings and correspondence served or required to be served in this case,

regarding JP Morgan Chase Bank, National Association should be directed to Ascension Capital Group, Inc. at the following mailing address effective immediately:

Ascension Capital Group, Inc.
Attn: JP Morgan Chase Bank, National Association Department
Account: XXXXXXXXXXXX3123
PO Box 201347
Arlington, TX 76006

If applicable, Creditor is successor-in-interest to JP Morgan Chase Bank, National Association.

This request encompasses all notices, copies and pleadings referred to in Rules 2002, 9007 or 9008 of the Bankruptcy Rules, including, without limitation, notices of any Orders, Motions, Demands, Complaints, Petitions, Pleadings, Requests, Applications, Schedules, Statements, Plans, and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telecopier, telex, or otherwise which affects or seeks to affect the above case.

Respectfully submitted,

/s/ S. Blair Korschun
S. Blair Korschun
Bankruptcy Servicer for JP Morgan Chase Bank, National Association
Ascension Capital Group, Inc.
PO Box 201347
Arlington, TX 76006
(817) 277-2011, Fax (817) 461-8070
ecfnotices@ascensioncapitalgroup.com
File # 723843