```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>**RAMON REYES CEGUERA and<br>MARISSA CABIE CEGUERA,**<br><br>        **Debtors.**<br>_____/ | Case No. 11-43312 EDJ<br><br>Chapter 13<br><br>DECLARATION OF DEBTOR IN SUPPORT OF DEBTORS' MOTION TO VALUE LIEN |

I, Marissa Ceguera, declare:

    1. I am one of the debtors in the above-captioned case.

    2. The facts contained herein are true and correct and if called upon as a witness I can testify competently as to them.

    3. At the time I filed my chapter 13 case, on March 28, 2011, I was the owner of the real property located at 4516 Golden Bear Drive Antioch, CA 94531 (the "property").

    4. I am informed and believe that on the date I filed my case, my property was worth approximately $200,000.00.

    5. The property is encumbered by a First Deed of Trust in favor of GMAC Mortgage in the sum of $417,598.00, as evidenced by my amended

1 | Schedule D, a copy of which is attached as Exhibit A and made a part
2 | hereof.
3 |     6. Chase Home Finance, LLC as successor to Washington Mutual Bank
4 | is the beneficiary of a Second Deed of Trust against the property in
5 | the sum of $119,547.00, as evidenced by my amended Schedule D, a copy
6 | of which is attached as Exhibit A and made a part hereof.
7 |     I declare under penalty of perjury under the laws of the State of
8 | California that the foregoing is true and correct.

Dated: May 4, 2011                         /s/ Marissa Ceguera
                                                MARISSA CEGUERA