**Entered on Docket**
**June 08, 2011**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed: June 07, 2011**

EDWARD D. JELLEN
U.S. Bankruptcy Judge

PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

**In re:**

**RAMON REYES CEGUERA and MARISSA CABIE CEGUERA,**

**Debtors.**
_________________________________/

**Case No. 11-43312 EDJ**

**Chapter 13**

**ORDER VALUING LIEN OF CHASE HOME FINANCE, LLC AS SUCCESSOR TO WASHINGTON MUTUAL BANK**

On May 4, 2011, Ramon and Marissa Ceguera (hereinafter Debtors) served a motion to value the lien of Chase Home Finance, LLC as successor to Washington Mutual Bank (hereinafter Lienholder) against the property commonly known as 4516 Golden Bear Drive Antioch, CA 94531, which lien was recorded in Contra Costa County on or about October 28, 2005 as document 0418964-00 (hereinafter the Lien).

The court finds that notice of the motion upon Lienholder was proper. Lienholder having failed to file timely opposition to Debtors' motion, the court hereby orders as follows:

(1) For purposes of Debtors' chapter 13 plan only, the Lien is valued at zero, Lienholder does not have a secured claim, and the Lien

may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322 (b)(2) and 1327.

(2) This order shall become part of Debtors' confirmed chapter 13 plan.

(3) Upon entry of a discharge in Debtors' chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtors, the court will enter an appropriate form of judgment voiding the Lien.

(4) If Debtors' chapter 13 case is dismissed or converted to one under another chapter before Debtors obtain a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the Lienholder, the court will enter an appropriate form of order restoring the Lien.

(5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

*** END OF ORDER ***

COURT SERVICE LIST

Law Offices of Patrick L. Forte
One Kaiser Plaza, Suite 480
Oakland, CA 94612

Ramon & Marissa Ceguera
4516 Golden Bear Drive
Antioch, CA 94531

Attn: Officer or Managing Agent
Chase Home Finance, LLC
194 Wood Ave S
Iselin, NJ 08830

Attn: Officer or Managing Agent
Chase Home Finance, LLC
C/o CT Corporation System
818 West Seventh St.
Los Angeles, CA 90017

Attn: Officer or Managing Agent
GMAC Mortgage, LLC
1100 Virginia Drive
Ft. Washington, PA 19034

Attn: Officer or Managing Agent
GMAC Mortgage, LLC
C/o CSC – Lawyers Incorporating Service
2730 Gateway Oaks Drive
Suite 100
Sacramento, CA 95833

Attn: Christopher M. McDermott
GMAC Mortgage, LLC
C/o Pite Duncan, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

Attn: Officer or Managing Agent
JP Morgan Chase Bank, National Association Department
C/o Ascension Capital Group, Inc.
Account: XXXXXXXXXXXX3123
PO Box 201347
Arlington, TX 76006