B 210A (Form 210A) (12/09)

FILED
2012 JUL 19 PM 3:59
U.S. BANKRUPTCY COURT
NORTHERN DIST. OF CA.
OAKLAND, CA.

# UNITED STATES BANKRUPTCY COURT

Northern District Of California

In re AUDREY MARISSA CABIE AND RAMON CEGUERA,     Case No. 11-43312

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| JP MORGAN CHASE, NA | JP MORGAN CHASE BANK NA |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  JP MORGAN CHASE, NA
  c/o LCS Financial Services Corporation
  6782 S. Potomac St. Ste 100
  Centennial, CO 80112

Court Claim # (if known): 14
Amount of Claim: $116,277.96

Date Claim Filed: August 24, 2011

Phone: 866-662-9087
Last Four Digits of Acct #: 3123

Phone: 817-277-2011
Last Four Digits of Acct. #: 3123

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
By: /s/Kelly Lucero                     Date: July 11, 2012
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.